UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTHA L. BRYANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:05-0840 |
| | ) Judge Echols |
| | ) |
| DOLLAR GENERAL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendant Dollar General Corporation's Motion for Summary Judgment (Docket Entry No. 18) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to Plaintiff's claims under the Americans with Disabilities Act and any claim for harassment under the Family and Medical Leave Act, but DENIED with respect to Plaintiff's retaliation/discrimination claim under the Family and Medical Leave Act.

This Court has previously scheduled the pretrial conference for September 25, 2006 at 1:30 p.m. with the trial to commence on October 31, 2006 at 9:00 a.m. Those dates and times are hereby reconfirmed.

This case is hereby returned to the Magistrate Judge for further case management and to ensure the case is ready for trial as scheduled.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

1