UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARTHA L. BRYANT,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )   No. 3:05-0840
                                     )   JUDGE ECHOLS
DOLLAR GENERAL CORPORATION,          )
                                     )
        Defendant.                   )

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

Plaintiff Martha L. Bryant's Motion for Award of Attorney's Fees, Costs and Expenses (Docket Entry No. 88), is hereby GRANTED IN PART AND DENIED IN PART as follows;

(1) The Court AWARDS Plaintiff $72,434.25 in attorney's fees; and

(2) The Court AWARDS Plaintiff $155.36 for litigation expenses.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE